MARIE BODE, Respondent, *v.* DIME SAVINGS BANK OF WILLIAMSBURGH et al., Respondents, and ALFRED J. KENNEDY, as Administrator of the Estate of LENA KOHLER, Deceased, Appellant.

Argued January 12, 1940; decided February 27, 1940.

*Walter J. Sharkey* for appellant.

*Julius Jay Flamm* and *Henry I. Millman* for plaintiff, respondent.

Judgment affirmed, without costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, SEARS, LEWIS and CONWAY, JJ. Dissenting: RIPPEY, J.